Martin F. Casey (MFC -1415)
**CASEY & BARNETT, LLC**
317 Madison Avenue, 21st Floor
New York, New York 10017
(212) 286-0225
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

ALUFLAM NORTH AMERICA LLC

        Plaintiff,

   - against -

CONTINENTAL AIRLINES, INC.

        Defendant.
------------------------------------------------------X

08 Civ.

**FRCP RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

NOW comes plaintiff, ALUFLAM NORTH AMERICA LLC, and submits in duplicate its Disclosure Statement pursuant to F.R.Civ.P., Rule 7.1:

Aluflam North America LLC is a privately owned company with no publicly traded parents, subsidiaries or affiliates.

Dated: New York, New York
       May 14, 2008

                                  CASEY & BARNETT, LLC
                                  Attorneys for Plaintiff

                        By: _____
                                Martin F. Casey (MFC-1415)
                                317 Madison Avenue, 21st Floor
                                New York, New York 10017
                                (212) 286-0225