**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
ALUFLAM NORTH AMERICA LLC,

      Plaintiff,

    - against -

CONTINENTAL AIRLINES, INC.,

      Defendant.
------------------------------------------------------------x

08 Civ. 4506 (RMB)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/20/08

  Based upon a review of the Complaint, dated May 14, 2008, it appears that the above-captioned case more properly should have been filed in the United States District Court for the Southern District of Florida or the District of New Jersey ("This is a claim for physical damage to a consignment of 2 pieces Aluminum Construction Frames . . . which were delivered to the defendant in good order and condition to be carried from Vilnus, Lithuania to Miami, Florida via Newark, New Jersey pursuant to Continental Cargo air waybill" and "[w]hen consignment arrived in Miami on or about July 14, 2006 it was determined to have sustained physical damage"). (Compl. ¶¶ 4–5.)

  The Court will enter an order, pursuant to 28 U.S.C. § 1404(a), transferring this case to the Southern District of Florida or the District of New Jersey unless the parties submit a (compelling) letter to the Court by May 26, 2008 (noon) setting forth the reasons why venue is proper in the Southern District of New York.

Dated: New York, New York
   May 20, 2008

               _RMB_ (signature)
               **RICHARD M. BERMAN, U.S.D.J.**