USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/29/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
ALUFLAM NORTH AMERICA LLC,

               Plaintiff,

      - against -

CONTINENTAL AIRLINES, INC.

              Defendant.
------------------------------------------------------------------x

08 Civ. 4506 (RMB)

**ORDER**

      By Order dated May 20, 2008, the Court directed the parties to submit a letter by noon on May 26, 2008 setting forth the reasons, if any, why this action should not be transferred to the United States District Court for the Southern District of Florida or the District of New Jersey pursuant to 28 U.S.C. § 1404(a) based upon allegations in the Complaint that certain goods at issue were delivered to Miami, Florida through Newark, New Jersey. By letter dated May 28, 2008, Plaintiff requested that this action be transferred to the United States District Court for the District of New Jersey.

      **ORDERED** that in accordance with the Order of the Court dated May 20, 2008, the Clerk of Court is directed to transfer this case to the United States District Court for the District of New Jersey pursuant to 28 U.S.C. § 1404(a) and to close this case on the Court's docket. **SO ORDERED.**

Dated: New York, New York
       May 29, 2008

                                                          **RICHARD M. BERMAN, U.S.D.J.**